IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN A. RIVERO and TINA RIVERO, his wife, | Civil Action No. 08-793 |
| Plaintiffs, | |
| vs. | |
| HUMANE SOCIETY OF FAYETTE COUNTY, WILLIAM MARAUGHA, individually, as Dog Control Officer for North Union Twp., and as an agent of the Humane Society of Fayette County; THERESA LINDEN, both individually and as an agent of the Humane Society of Fayette County; RICHARD HUEY, individually, as an agent of the Humane Society of Fayette County; JOHN DOE, individually and as an agent of the Humane Society of Fayette County, and North Union Township, | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this 17th day of Oct, 2008, upon consideration of the within Motion to Set Aside Entry of Default, it is hereby ordered that said Motion is granted and the Default ▓▓▓▓▓ previously entered is set aside.

_____
J.