## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN A. RIVERO and TINA RIVERO, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMANE SOCIETY OF FAYETTE COUNTY, WILLIAM MARAUGHA, individually, as Dog Control Officer for North Union Township and as an agent of the Humane Society of Fayette County; THERESA LINDEN, both individually and as an agent of the Humane Society of Fayette County; RICHARD HUEY, both individually and as an agent of the Humane Society of Fayette County; JOHN DOE, individually and as an agent of the Humane Society of Fayette County, and NORTH UNION TOWNSHIP,<br><br>Defendants. | CIVIL DIVISION<br><br>No: 08-00793<br><br><br><br>**HONORABLE GARY LANCASTER**<br><br>**ELECTRONICALLY FILED** |

## STIPULATION FOR DISCONTINUANCE

AND NOW, come the Plaintiffs, JUAN A. RIVERO and TINA RIVERO, and Defendants, HUMANE SOCIETY OF FAYETTE COUNTY, WILLIAM MARAUGHA, individually, as Dog Control Officerf or North Union Township and as an agent of the Humane Society of Fayette County; THERESA LINDEN, bothi ndividuallya nda s an agent of the Humane Society of Fayette County; RICHARD HUEY, both individually and as an agent of the Humane Society ofF ayette County; JOHN DOE, individually and as an agent of the Humane Society of Fayette County, and NORTH UNION TOWNSHIP, by and through their attorneys, and hereby enter into a stipulation to discontinue the above-captioned matter, with prejudice.

Respectfully submitted,

|  |  |
|---|---|
|  | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| BY: s/ Charity Grimm Krupa<br>Charity Grimm Krupa, Esq.<br>PA ID #202124<br>P.O. Box 622<br>Smithfield, PA 15478<br>724.569.9608<br>724.569.2386/fax<br>charitygrimm@hotmail.com<br>**Attorney for Plaintiffs, Juan and Tina Rivero** | BY: s/ Danielle M. Vugrinovich<br>Patricia A. Monahan, Esq.<br>PA ID #58784<br>Danielle M. Vugrinovich, Esq.<br>PA ID #88326<br>U.S. Steel Tower, Suite 2900<br>600 GrantS treet<br>Pittsburgh,P A 15219<br>412.803.1151<br>412.803.1188/fax<br>pamonahan@mdwcg.com<br>dmvugrinovich@mdwcg.com<br>**Attorney for Defendant, North Union Township** |

**BACHARACH & KLEIN**

BY: s/ John A. Bacharach
John A. Bacharach
PA ID #19665
564 Forbes Avenue, Suite 1113
Pittsburgh, PA 15219
412.391.8713
jbacharach@bachklein.com
**Attorney for Defendants, Humane Society of Fayette County, William Maraugha, Theresa Linden and Richard Huey**

SO ORDERED, this 16th day of July, 2009.

_____, J.
Gary L. Lancaster, U.S. District Judge